Argued and submitted March 30, reversed and remanded for reconsideration
July 22, 1992

In the Matter of the Compensation of
Jose L. Acero, Claimant.

## STANTON INDUSTRIES
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Jose L. ACERO,
*Respondent.*

(WCB 90-18853; CA A71594)

836 P2d 142

Alexander D. Libmann, Trial Counsel, and M. Kathryn Olney, Senior Trial Counsel, Liberty Northwest Insurance Corporation, Portland, filed the brief for petitioners.

Kevin N. Keaney, Portland, argued the cause for respondent. On the brief were Nelson R. Hall and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).